

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

October 25, 2021

VIA ECF
The Honorable LaShann DeArcy Hall, U.S.D.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Olsen v. Curious Elixirs LLC, 1:21-cv-2772 (LDH)(PK)

Dear Judge Hall:

  This firm represents Plaintiff Thomas J. Olsen and we submit this letter on behalf of all parties to advise the Court this matter has been amicably resolved. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) any existing deadlines and conferences be adjourned *sine die*, including the October 26, 10:30 a.m. pre-motion conference.

          Respectfully submitted,
          LIPSKY LOWE LLP


          s/ Douglas B. Lipsky
          Douglas B. Lipsky


  CC: Maximillian Travis (Via ECF)